

# Fourth Court of Appeals
## San Antonio, Texas

December 20, 2021

No. 04-21-00293-CR

John Anthony **CLEDE,**
Appellant

v.

THE STATE OF TEXAS,
Appellee

From the 175th Judicial District Court, Bexar County, Texas
Trial Court No. 2019CR3767
Honorable Catherine Torres-Stahl, Judge Presiding

# O R D E R

After this court's granted Appellant's first motion for an extension of time to file the brief, Appellant's brief was due on December 17, 2021. Before the once-extended due date, Appellant moved for an additional thirty days to file the brief.

Appellant's motion is GRANTED. Appellant's brief is due on January 18, 2022.

_____
Patricia O. Alvarez, Justice

IN WITNESS WHEREOF, I have hereunto set my hand and affixed the seal of the said court on this 20th day of December, 2021.

_____
MICHAEL A. CRUZ, Clerk of Court